McMANUS, GUARDIAN, ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* BELCHER, D.B.A. SHORELAND AUTO CARE ET AL., APPELLEES; CHRYSLER CORPORATION, APPELLEE AND CROSS-APPELLANT.

[Cite as *McManus v. Belcher* (1995), 73 Ohio St.3d 106.]

(No. 95–380—Submitted June 6, 1995—Decided August 16, 1995.)

*Cubbon & Associates Co., L.P.A.,* and *David L. Rice,* for appellants and cross-appellees.

*Jones & Bahret Co., L.P.A., Robert J. Bahret* and *Peter C. Munger,* for appellee Garry D. Belcher, d.b.a. Shoreland Auto Care.

*Thompson, Hine & Flory, Stephen H. Daniels* and *Mark N. Rose,* for appellee Coltec Industries, Inc.

*Crabbe, Brown, Jones, Potts & Schmidt* and *Charles E. Brown,* for appellee and cross-appellant Chrysler Corporation.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed. The judgment of the court of appeals as to the issue raised on cross-appeal is reversed, and the judgment of the trial court as to cross-appellant Chrysler Corporation is reinstated on the authority of *McAuliffe v. W. States Import Co., Inc.* (1995), 72 Ohio St.3d 534, 651 N.E.2d 957.

MOYER, C.J., WRIGHT, PFEIFER and COOK, JJ., concur.

F.E. SWEENEY, J., dissents for the reasons stated in his dissenting opinion in *McAuliffe v. W. States Import Co., Inc.* (1995), 72 Ohio St.3d 534, 540, 651 N.E.2d 957, 962.

DOUGLAS and RESNICK, JJ., not participating.